NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KANEKA CORPORATION,**
*Plaintiff-Appellant*

**v.**

**XIAMEN KINGDOMWAY GROUP COMPANY, PACIFIC RAINBOW INTERNATIONAL INC.,**
*Defendants-Appellees*

**MITSUBISHI GAS CHEMICAL COMPANY, INC., MAYPRO INDUSTRIES, LLC, ZHEJIANG MEDICINE CO., LTD., ZMC-USA L.L.C., MAYPRO INDUSTRIES, INC., SHENZHOU BIOLOGY AND TECHNOLOGY CO., LTD., SOJITZ CORPORATION OF AMERICA, ROCHEM INTERNATIONAL, INC.,**
*Defendants*

---

2018-1892

---

Appeal from the United States District Court for the Central District of California in No. 2:11-cv-02389-SJO-SS, Senior Judge James S. Otero.

---

**JUDGMENT**

---

KEITH D. NOWAK, Carter Ledyard & Milburn LLP, New York, NY, argued for plaintiff-appellant. Also represented by WILLIAM F. SONDERICKER; ROBERT MCGEE BOWICK, JR., Raley & Bowick, LLP, Houston, TX.

EDWARD NAIDICH, Mei & Mark LLP, Washington, DC, argued for defendants-appellees. Also represented by RICHARD HADORN, LEI MEI, PHILIP ANDREW RILEY, LAURENCE M. SANDELL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court